**John Thomas NEAL, Plaintiff–Appellant,**

v.

**William SONDERVAN; Robert Kupec, Warden; Razaak Eniola, Doctor, Defendants–Appellees,**

**and**

**Unknown Healthcare Contractor, Defendant.**

No. 02–6956.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 14, 2003.

Decided Aug. 20, 2003.

John Thomas Neal, Appellant pro se. Gloria Wilson Shelton, Office of the Attorney General of Maryland, Baltimore, Maryland; Joseph Barry Chazen, Gina Marie Smith, Meyers, Rodbell & Rosenbaum, P.A., Riverdale, Maryland, for Appellees.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

John Thomas Neal appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000) and his motions to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Neal v. Sondervan,* No. CA–01–2604–JFM (D. Md. Mar. 25, 2002; Apr. 12, 2002; filed June 14, 2002 & entered June 17, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*